**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01810-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

REYNALDO Y. VILLA,

    Plaintiff,

v.

JUDGE CHRISTAN HABAS,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motion requesting subpoenas (ECF No. 9) filed on August 1, 2012, is DENIED as premature.

    Dated:  August 2, 2012