**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01810-BNB

REYNALDO Y. VILLA,

    Applicant,

v.

D.O.C. WARDEN JAMES FAULKER, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the court on Applicant's motion (ECF No. 29) asking to move forward in this case and seeking accommodations for his disabilities. Although it is not clear what accommodations Applicant requires, the court construes the motion as seeking an extension of time to file the amended application Applicant has been ordered to file. So construed, the motion (ECF No. 29) is GRANTED. Applicant shall have up to and including **January 14, 2013**, to file an amended application as directed. No further extensions will be granted absent extraordinary circumstances.

Dated: December 19, 2012